NEW YORK BUSINESS DEVELOPMENT CORPORATION, Respondent, v. GILBERT'S HOTEL, INC., et al., Defendants, and A. GORDON & SONS, INC., et al., Appellants. — GIBSON, P. J.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur in memorandum by Gibson, P. J.